### Samuel W. Hurd vs. John J. Merritt.
Costs.

*Motion by plaintiff for a retaxation of costs, and that he be allowed to charge in his bill of costs, interest on the report of referees from the date of their report to the date of the judgment.*—Per Curiam.—This was an action of tort, and the plaintiff has no right to tax interest with costs; that the section 3d on page 508 of Session Laws of 1844, is to operate prospectively; and that as the report of the referees in this cause was before the passage of that act, the act does not apply, although judgment was *not* perfected until the act was passed.

M. T. Reynolds, *Defts Counsel.*  M. Mitchell, *Defts Atty.*
T. Nelson, *Plffs Counsel.*  W. Nelson, *Plffs Atty.*

*Decision.*—Motion denied with costs.

---

### John Claiborne vs. Herman Boker, et al.

Motion for judgment as in case of non-suit, because security for costs not filed, irregular.

*Motion by defendant for judgment as in case of non-suit, by reason of the plaintiff's failing to file security for costs.*—Per Curiam.—Denied on the ground that the motion is irregular. It should have been for an absolute order that plaintiffs file security for costs.

P. Cagger, *Plffs Counsel.*  C. G. Eckell, *Defts Atty.*
    *Defts Counsel.*  A. S. Garr, *Plffs Atty.*

*Decision.*—Motion denied with costs, and ordered that plaintiff file security for cost in twenty days.